UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBERT ROARK, JR.,
    Plaintiff,

vs.

DR. T. HEYD, et al.,
    Defendants.

Case No. 1:15-cv-49

Barrett, J.
Litkovitz, M.J.

REPORT AND
RECOMMENDATION

Plaintiff, an inmate at the Warren Correctional Institution, has filed a prisoner civil rights complaint in this Court. (Doc. 1). However, plaintiff failed to pay the filing fee or submit to the Court an application to proceed *in forma pauperis*. On April 17, 2015, the undersigned issued a Deficiency Order ordering that plaintiff pay the full $400 filing fee or submit an *in forma pauperis* application and a certified copy of his trust fund account statement within thirty (30) days. (Doc. 2). Plaintiff was advised that his failure to comply with the Order would result in the dismissal of this case for want of prosecution. (*Id.* at 2). To date, more than thirty (30) days after the Court's April 17, 2015 Deficiency Order, plaintiff has failed to pay the filing fee or submit an *in forma pauperis* application.

"District courts have the inherent power to sua sponte dismiss civil actions for want of prosecution to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash* R.R., 370 U.S. 626, 630-631 (1962). *See also Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991). Failure of a party to respond to an order of the court warrants invocation of the Court's inherent power. *See* Fed. R. Civ. P. 41(b). Accordingly, this case should be dismissed for plaintiff's failure to pay the Court's $400.00 filing fee. *In re Alea*, 286 F.3d at 382.

It is therefore **RECOMMENDED** that this matter be **DISMISSED** for lack of prosecution.

**IT IS SO RECOMMENDED.**

Date: 6/1/15

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOBERT ROARK, JR.,
    Plaintiff,

vs.

DR. T. HEYD, et al.,
    Defendants.

Case No. 1:15-cv-49

Barrett, J.
Litkovitz, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), WITHIN 14 DAYS after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections WITHIN 14 DAYS after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).